WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-50186-PHX-JJT |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| Shayne Teal, | |
| Defendant. | |

A detention hearing on the Petition on Supervised Release was held on July 5, 2016.

The Court finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

The Court has considered the arguments of the parties as well as the information presented to the Court. In particular, the Court has reviewed the 19-page police report related to Allegation A, Section 2 and the information submitted by the Probation Office. For the reasons stated on the record, the Court finds that Defendant has failed to establish that he is not a danger to the community.

1  IT IS ORDERED that the Defendant shall be detained pending further order of the
2 court.
3  Dated this 6th day of July, 2016.

Honorable John Z. Boyle
United States Magistrate Judge